THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONELL A WILLIAMS, | CASE NO. C18-1256-JCC |
| Plaintiff, | ORDER |
| v. | |
| MALENG REGIONAL JUSTICE CENTER, *et al.*, | |
| Defendants. | |

The Court, having reviewed the record and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, hereby ORDERS that:

(1) The Report and Recommendation (Dkt. No. 9) is ADOPTED;

(2) This action is DISMISSED without prejudice; and

(3) The Clerk is DIRECTED to send copies of this order to Plaintiff and the Honorable Mary Alice Theiler.

//
//
//
//
//

ORDER
C18-1256-JCC
PAGE - 1

1       DATED this 20th day of December 2018.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1256-JCC
PAGE - 2